UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD GANOVSKY, Individually and On Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>v.<br><br>TILRAY, INC., BRENDAN KENNEDY, and MARK CASTANEDA,<br><br>                   Defendants. | Case No.  2:20-cv-01240-SJF-AKT<br><br>**FILED**<br>**CLERK**<br><br>5/27/2020 12:37 pm<br><br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

NOTICE OF VOLUNTARY DISMISSAL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Ganovsky v. Tilray, Inc. et al.*, No. 2:20-cv-01240-SJF-AKT, brought before the United States District Court for the Eastern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Chad Ganovsky hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated:  May 26, 2020                                             Respectfully submitted,

                                                                 POMERANTZ LLP

                                                                 */s/ Jeremy A. Lieberman*
                                                                 Jeremy A. Lieberman
                                                                 J. Alexander Hood II
                                                                 600 Third Avenue, 20th Floor
                                                                 New York, NY 10016
                                                                 Telephone: (212) 661-1100
                                                                 jalieberman@pomlaw.com
                                                                 ahood@pomlaw.com

                                                                 POMERANTZ LLP
                                                                 Patrick V. Dahlstrom
                                                                 10 South LaSalle Street, Suite 3505
                                                                 Chicago, Illinois 60603
                                                                 Telephone: (312) 377-1181
                                                                 Facsimile: (312) 377-1184
                                                                 pdahlstrom@pomlaw.com

                                                                 *Counsel for Plaintiff Chad Ganovsky*

Pursuant to F.R.C.P. 41(a)(1)(A) and 23(e), the case is closed; all pending motions are terminated.
SO ORDERED

s/ Sandra J. Feuerstein
U.S. District Judge

Dated:  Central Islip, New York
        May 27, 2020

1